**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
<u>LOUISVILLE</u>   **DIVISION**

Mason McGuffey

-vs-                                                    Case No.: 3:25-cv-347-CHB

PNC Bank, National Association

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u>Misty R. Martin</u>, is permitted to argue or try this case in whole or in part as counsel  for <u>PNC Bank, National Association</u>.    Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.