**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

ASHLEY DANIELS,

       Plaintiff,

    v.                       CASE NO. 4:26-cv-00905-JMD

DELAWARE NORTH COMPANIES, INC.

       Defendant.

## NOTICE OF APPEARANCE

       Misty R. Martin of Seyfarth Shaw LLP hereby enters her appearance as one of the

attorneys for Defendant St. Louis Sportservice, Inc. in this case.

                          Respectfully submitted,
                          Misty R. Martin

Dated: June 17, 2026          By:  */s/ Misty R. Martin*
                             Misty R. Martin

                           Uma Chandrasekaran
                           IL Bar No. 6281690
                           uchandrasekaran@seyfarth.com
                           SEYFARTH SHAW LLP
                           233 S. Wacker Drive, Suite 8000
                           Chicago, IL 60606-6448
                           Telephone:  (312) 460-5000
                           Facsimile:  (312) 460-7000

                           Misty R. Martin
                           GA Bar No. 576363
                           MA Bar No. 658599
                           IL Bar No. 6284999
                           mrmartin@seyfarth.com
                           SEYFARTH SHAW LLP
                           1075 Peachtree Street, N.E., Suite 2500
                           Atlanta, Georgia  30309-3958
                           Telephone:  (404) 885-1500
                           Facsimile:  (404) 892-7056

                           *Attorneys for Defendant*
                           *Delaware North Companies, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

ASHLEY DANIELS,

      Plaintiff,

      v.

DELAWARE NORTH COMPANIES, INC.

      Defendant.

CASE NO. 4:26-cv-00905-JMD

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which sent notification of such filing and a true and correct copy of the same to the following counsel of record.

Thomas M. Ahlbrandt
The Ahlbrandt Law Firm, LLC
6247 Brookside Blvd, Suite 245
Kansas City, MO 64113
tom@ahlbrandtlaw.com
*Attorney for Plaintiff*

          /s/ *Misty R. Martin* _____
          Misty R. Martin
          GA Bar No. 576363
          MA Bar No. 658599
          IL Bar No. 6284999
          *Counsel for Defendant*
          *Delaware North Companies, Inc.*