**IN UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

_____

MASON MCGUFFEY                          :
                                        :
    Plaintiff,                          :
                                        :
                                        :    Civil Action No.: 3:25-CV-347-CHB-RSE
    v.                                  :
                                        :    Judge: Claria Horn Boom
                                        :
PNC BANK NATIONAL ASSOCIATION           :
                                        :    Magistrate Judge: Regina S. Edwards
    Defendant.                          :
                                        :
_____    :

## NOTICE OF APPEARANCE

I, Misty R. Martin of Seyfarth Shaw LLP, hereby enter my appearance as one of the

attorneys for Defendant PNC Bank National Association in this case.

Respectfully submitted,

Dated: June 18, 2026          By:  _/s/ Misty R. Martin_____

Misty R. Martin (_pro hac vice_)

James J. Swartz, Jr.,
GA Bar No. 96939
jswartz@seyfarth.com
Misty R. Martin
GA Bar No. 576363
MA Bar No. 658599
IL Bar No. 6284999
mrmartin@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Ste. 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Brandon L. Dixon (_pro hac vice_)
bdixon@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Phone:  (312) 460-5000
Fax:  (312) 460-7000

_Counsel For Defendant_
_PNC Bank National Association_

**IN UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| MASON MCGUFFEY | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 3:25-CV-347-CHB-RSE |
| v. | : | |
| | : | Judge: Claria Horn Boom |
| PNC BANK NATIONAL ASSOCIATION | : | |
| | : | Magistrate Judge: Regina S. Edwards |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on June 18, 2026, I served the Notice of Appearance with the Clerk of the

Court for filing and uploading to the CM/ECF system, which will send notification of such filing

to the following at their e-mail addresses on file with the Court:

Robert L. Thompson
Larry Corban Polk
Thompson Legal LLC
1230 S. Hurstbourne Pkwy, Suite 210
Louisville, KY 40222
Robert@RthompsonLegal.com
cpolk@gaakbrown.com

/s/ *Misty R. Martin*
Misty R. Martin
GA Bar No. 576363
MA Bar No. 658599
IL Bar No. 6284999
*Counsel for Defendant*
*PNC Bank National Association*