**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| MASON MCGUFFEY, <br><br> Plaintiff, <br><br> v. <br><br> PNC BANK NATIONAL ASSOCIATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CASE NO. 3:25-cv-00347-CHB |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Mona L Smith of Seyfarth Shaw LLP hereby moves this Court for an Order permitting her to withdraw as counsel of record for Defendant PNC Bank National Association in the above-captioned matter. As of May 22, 2026, Mona L. Smith will no longer be an employee of Thompson Legal, LLC. The client has been informed of the transition, and consents to the withdrawal. James J. Swartz and Brandon Dixon will remain counsel for Plaintiff.

DATED: June 23, 2026                     Respectfully submitted,

                                         PNC BANK, NATIONAL ASSOCIATION


                                         By: /s/ *Mona L. Smith*
                                              One of Its Attorneys

James J. Swartz, Jr., Bar No. 96939
jswartz@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone:     (404) 885-1500
Facsimile:     (404) 892-7056

Brandon L. Dixon (admitted *pro hac vice*)
bdixon@seyfarth.com
Mona L. Smith (admitted *pro hac vice*)
mlsmith@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

Attorneys for Defendant PNC Bank,
National Association

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

and copies will be mailed via e-mail to those parties who are not served via the Court's electronic

filing system. Parties may access this filing through the Court's System. In addition, the

foregoing was sent to the following via email:

Lauren Diulus
Senior Counsel, Employment
PNC Legal Department
One PNC Plaza, 22nd Floor
249 Fifth Avenue (P1-POPP-22-C)
Pittsburgh, PA 15222
lauren.diulus@pnc.com

*/s/ Mona L. Smith*
Mona L. Smith

3