**IN UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| MASON MCGUFFEY | : |
| | : |
| Plaintiff, | : |
| | : |
| | : Civil Action No.: 3:25-CV-347-CHB-RSE |
| v. | : |
| | : Judge: Claria Horn Boom |
| PNC BANK NATIONAL ASSOCIATION | : |
| | : Magistrate Judge: Regina S. Edwards |
| Defendant. | : |
| | : |
| | : |

**JOINT MOTION TO EXTEND DEADLINES TO**
**COMPLETE DEPOSITIONS AND FILE DISPOSITIVE MOTIONS**

Defendant PNC Bank National Association, and Plaintiff Mason McGuffey, by their attorneys and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and L.R. 7.1, hereby jointly and respectfully move to extend the time for the parties to complete written discovery for 60 days, until September 29, 2026, and to extend the deadline for dispositive motions until and through Friday, November 13, 2026. This is the parties' *first* request and good cause exists for the requested extension of the scheduling order. In support of their motion, the parties state:

1.  Plaintiff's Complaint was filed on June 10, 2025. (DKT. 1.)

2.  Defendant answered the Complaint on September 2, 2025. (DKT 10.)

3.  On October 1, 2025, the parties participated in a Rule 26(f) conference.

4.  On October 8, 2025, the Parties filed their Joint Rule 26(f) Conference Report and Discovery Plan (DKT. 13), which the Court approved on October 24, 2025 (DKT. 14). The current remaining dates include:

   (a)  July 31, 2026: fact discovery and final supplementation shall be completed;

   (b)  August 30, 2026: expect discovery shall be completed; and

(c)     September 14, 2026: dispositive motions.

5.     Since that time, the parties have completed the following:

(a)     The parties exchanged initial Rule 26(a)(1) disclosures;

(b)     The parties each propounded requests for production of documents and interrogatories;

(c)     Plaintiff propounded requests for admissions, to which Defendant responded; and

(d)     Defendant issued a notice of deposition for Plaintiff, but the parties have agreed to schedule the deposition after written discovery is complete.

6.     On May 22, 2026, Attorney Mona Smith, who was previously responsible for the day-to-day handling of this matter, resigned from Seyfarth. The undersigned counsel, Misty R. Martin, completed her *pro hac admission* on May 27, 2026 (DKT. 14) and has now assumed responsibility for the case. Attorney Martin requires additional time to become familiar with the file, case posture, and any outstanding discovery obligations.

7.     Accordingly, Attorney Martin is in the process of compiling and finalizing Defendant's answers to Plaintiff's Interrogatories (18 interrogatories) and responses to Requests for Production of Documents (82 separate requests). To fully comply with Plaintiff's discovery requests, Defendant must also conduct a search for electronically stored information ("ESI"), including collecting potentially responsive materials, reviewing those materials for responsiveness and privilege, and preparing any relevant and responsive documents for production.

8.     Plaintiff's counsel also indicates that additional time is necessary for Plaintiff to complete his responses to Defendant's Requests for Production of documents.

9. In anticipation of written discovery being completed by July, 2026[1], the parties are working to schedule the following depositions the first two weeks in September:[2] upon the following deposition schedule:

(a) Mason McGuffey (plaintiff);

(b) Anna Smith;

(c) Jessica Walton;

(d) Victoria Phillips;

(e) Michael S. Robinson; and

(f) 30(b)(6) of Defendant.

10. For the foregoing reasons, the parties request a 60-day extension of the discovery and dispositive motion deadlines, such that **written discovery will be completed by September 29, 2026** and **dispositive motions will be filed on or before November 13, 2026.**

11. Good cause exists to warrant this extension request. In addition to the substitution of counsel for Defendant, the parties need this additional time complete written discovery and schedule the necessary depositions.

12. No party will be prejudiced by the requested extension. To the contrary, granting this motion will allow both parties sufficient time to fully investigate the claims and defenses and to complete discovery in a thorough and efficient manner.

WHEREFORE, the parties respectfully request that this Court extend the Scheduling Order so that written discovery will be completed by September 29, 2026 and dispositive motions will

---

[1] Attorney Martin is traveling out of state for family obligations July 1-6 and July 22-29, 2026. Attorney Thompson will be out of the country the month of August 2026. For that reason, the depositions will be scheduled in September, 2026.

[2] Some of the requested depositions are for individuals who are no longer employed by Defendant and/or are out on medical leave. Counsel for the parties have agreed to work collaboratively to set agreeable dates for the witnesses and counsel for the depositions to proceed. Defense counsel has also raised concerns about the scope of the requested 30(b)(6) deposition, but both counsel are working to try to reach an agreement.

Case 3:25-cv-00347-CHB-RSE   Document 29   Filed 06/23/26   Page 4 of 5 PageID #: 80

be filed on or before November 13, 2026, and grant such other and further relief the Court deems just and proper.

Respectfully submitted, this 23rd day of June 2026, by:

MASON MCGUFFEY,                          PNC BANK, N.A.,

By: */s/ Robert L. Thompson (w/ permission)*      By: */s/ Misty R. Martin*
Robert L. Thompson (KY: 98791)               Misty R. Martin (*pro hac admission*)

Robert L. Thompson                          James J. Swartz, Jr.,
Larry Corban Polk                           GA Bar No. 96939
Thompson Legal, LLC                         jswartz@seyfarth.com
1230 S. Hurstbourne Pkwy, Suite 210          Misty R. Martin (*pro hac admission*)
Louisville, Kentucky 40222                   GA Bar No. 576363
Office: (502) 366-2121                       MA Bar No. 658599
Facsimile: (812) 438-9999                    IL Bar No. 6284999
E-mail: Robert@rthompsonlegal.com            mrmartin@seyfarth.com
Email: cpolk@gazakbrown.com                  SEYFARTH SHAW LLP
*Counsel For Plaintiff*                       1075 Peachtree Street, N.E., Ste. 2500
                                            Atlanta, Georgia 30309-3958
                                            Telephone: (404) 885-1500
                                            Facsimile: (404) 892-7056

                                            Brandon L. Dixon (*pro hac vice*)
                                            bdixon@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            233 South Wacker Drive, Suite 8000
                                            Chicago, Illinois 60606-6448
                                            Phone:  (312) 460-5000
                                            Fax:  (312) 460-7000

                                            *Counsel For Defendant*
                                            *PNC Bank National Association*

4

**IN UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

_____

MASON MCGUFFEY                                          :
                                                       :
     Plaintiff,                                   :
                                                       :
                                                       :   Civil Action No.: 3:25-CV-347-CHB-RSE
     v.                                           :
                                                       :   Judge: Claria Horn Boom
PNC BANK NATIONAL ASSOCIATION                           :
                                                       :   Magistrate Judge: Regina S. Edwards
     Defendant.                                   :
                                                       :
                                                       :
_____  :

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2026, I served the Joint Motion To Extend Deadlines To Complete

Depositions And File Dispositive Motions with the Clerk of the Court for filing and uploading to

the CM/ECF system, which will send notification of such filing to the following at their e-mail

addresses on file with the Court:

    Robert L. Thompson
    Larry Corban Polk
    Thompson Legal LLC
    1230 S. Hurstbourne Pkwy, Suite 210
    Louisville, KY 40222
    Robert@RthompsonLegal.com
    cpolk@gazakbrown.com

                              _/s/ Misty R. Martin_
                              Misty R. Martin
                              GA Bar No. 576363
                              MA Bar No. 658599
                              IL Bar No. 6284999
                              _Counsel for Defendant_
                              _PNC Bank National Association_