**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| MASON MCGUFFEY,<br><br>        Plaintiff,<br><br>v.<br><br>PNC BANK NATIONAL ASSOCIATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 3:25-cv-00347-CHB |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

After reviewing Mona L. Smith's Motion to Withdraw as Counsel, the Motion to withdraw from representation of PNC Bank National Association is granted. Mona L. Smith is no longer counsel of record for Defendant PNC Bank National Association. The client has been informed of the transition, and consents to the withdrawal. James J. Swartz and Brandon Dixon will remain counsel for Plaintiff.

SO ORDERED:

Regina S. Edwards, Magistrate Judge

United States District Court

June 26, 2026