**IN UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| MASON MCGUFFEY | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 3:25-CV-347-CHB-RSE |
| | : |
| | : Judge: Claria Horn Boom |
| PNC BANK NATIONAL ASSOCIATION | : |
| | : Magistrate Judge: Regina S. Edwards |
| Defendant. | : |
| | : |
| | : |

**ORDER**

After reviewing JOINT MOTION TO EXTEND DEADLINES TO COMPLETE

DEPOSITIONS AND FILE DISPOSITIVE MOTIONS, with good cause being shown, the

motion is granted and the following modifications are made to the Scheduling Order:

- written discovery will be completed by September 29, 2026; and

- dispositive motions will be completed by November 13, 2026.

SO ORDERED:

Regina S. Edwards, Magistrate Judge
United States District Court

June 26, 2026